**Dismissed and Memorandum Opinion filed June 12, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00904-CV

## SCWYANA SMITH, Appellant

## V.

## BEAR CREEK MEADOWS HOMEOWNERS ASSOCIATION, Appellee

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2012-75442**

# M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 23, 2013. Appellant filed a timely motion for new trial and notice of appeal. The clerk's record was filed December 17, 2013. The court reporter notified this court that no reporter's record was taken in this case. Appellant's brief was due January 16, 2014, but it was not filed. We granted appellant's request for an extension of time to file the brief until April 23, 2014, noting that no further extensions of time would be granted absent exceptional circumstances. No brief was filed.

On May 8, 2014, this court issued an order stating that unless appellant filed a brief on or before May 30, 2014, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no brief or other response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Wise.